IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAND CREEK POST & BEAM, INC., a Nebraska Corporation;<br><br>    Plaintiff,<br><br>    vs.<br><br>MITEL NETSOLUTIONS, INC., a Texas Corporation;<br>HEARTLAND TECHNOLOGIES, L.L.C., a Iowa Limited Liability Company; and<br>FULTON COMMUNICATIONS, Inc., a Georgia Corporation;<br><br>    Defendants. | CASE NO. 8:13CV220<br><br>ORDER |

This matter is before the Court on the Plaintiff's Motion to Dismiss Defendant Heartland Technologies, L.L.C. (Filing No. 19). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds the motion should be granted and Defendant Heartland Technologies, L.L.C. should be dismissed. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss Defendant Heartland Technologies, L.L.C. (Filing No. 19) is granted; and

2. Plaintiff's claims against Defendant Heartland Technologies, L.L.C. are dismissed.

.

Dated this 26th day of September, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge