IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAND CREEK POST & BEAM, INC., a Nebraska Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MITEL NETSOLUTIONS, INC., a Texas Corporation, FULTON COMMUNICATIONS, Inc., a Georgia Corporation, and SORENSEN'S COMPUTER CONNECTION, Inc., an Iowa Corporation d/b/a HEARTLAND TECHNOLOGY SOLUTIONS,<br><br>　　　　　Defendants. | CASE NO. 8:13CV220<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff Sand Creek Post & Beam, Inc. and Defendant Sorensen's Computer Connection, Inc.'s ("SCC") Stipulation for Dismissal with Prejudice of only defendant SCC (Filing No. 33). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds that the dismissal should be approved and that the above-captioned matter should be dismissed with prejudice as to SCC only. The Court will not assess costs or attorney's fees.

IT IS ORDERED:

　1.　The Stipulation for Dismissal with Prejudice (Filing No. 33) is approved;

　2.　The above-captioned matter is dismissed with prejudice as to Sorensen's Computer Connection, Inc.; and

　3.　The court will not assess costs or attorney's fees.

Dated this 3rd day of April, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge